650

ence *M. Mulholland,* and *Willard H. McEwen* for petitioners. *Mr. Walter L. McDermott* for respondent.

No. 210. RAPID ROLLER Co. *v.* NATIONAL LABOR RELATIONS BOARD. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Homer Cummings* and *Charles LeRoy Brown* for petitioner. *Assistant Solicitor General Cox* and *Messrs. Robert B. Watts* and *Ernest A. Gross* for respondent.

Nos. 211 and 212. EASTERN BUILDING CORPORATION *v.* UNITED STATES. October 12, 1942. Petition for writs of certiorari to the Court of Claims denied. *Messrs. Homer Cummings* and *Raymond E. Hackett* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for the United States.

No. 216. A. W. STICKLE & Co. *v.* INTERSTATE COMMERCE COMMISSION. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. John B. Dudley* and *Duke Duvall* for petitioner. *Messrs. Daniel W. Knowlton* and *Francis A. Silver* for respondent.

No. 217. OHIO EX REL. LIEN, SUPERINTENDENT OF BANKS, *v.* METROPOLITAN LIFE INSURANCE Co. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Thomas J. Herbert,* Attorney General of Ohio, and *George*